JS-6

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAYENDRA A. SHAH, M.D., | Case No. CV 06-7446 CAS (CWx) |
| Plaintiff | JUDGMENT |
| vs. | |
| COUNTY OF LOS ANGELES DEPARTMENT OF HEALTH SERVICES, ET AL., | |
| Defendants. | |

Judgment is hereby entered in favor of defendants the County of Los Angeles, Stephen Morris, and Charles Stewart, M.D., and against plaintiff Jayendra A. Shah, M.D.

It is further ordered that defendants recover their reasonable attorney's fees costs.

IT IS SO ORDERED.

Dated: July 1, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE