George E. Peterson, Esq., Bar No.: 054310
gpeterson@pb-llp.com
Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pb-llp.com
Diana Ratcliff, Esq., Bar No.: 228302
dratcliff@pb-llp.com
**PETERSON & BRADFORD, LLP**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendant
COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYENDRA A. SHAH, M.D.,<br><br>                    Plaintiff,<br><br>        vs.<br><br>COUNTY OF LOS ANGELES DEPT. OF HEALTH SERVICES, STATE OF CALIFORNIA MEDICAL BOARD, CALIFORNIA DEPARTMENT OF JUSTICE, CHARLES STEWART, JOHN S. PECK, JOSEPH P. FURMAN AND VAUGHAN CAIN<br><br>                    Defendants. | Case No.:  CV-06 7446 CAS (CWx)<br>Related Case N0.: CV08-6499 CAS(CWx)<br>Assigned to the Honorable:  Christina A. Snyder, Courtroom 5<br><br>**JUDGMENT ON ATTORNEYS' FEES AND COSTS AWARDED**<br><br>Complaint Filed:  November 21, 2006 |

TO THE COURT AND PLAINTIFF AND HIS ATTORNEYS OF RECORD HEREIN

　　　　Whereas the Court granted Defendants' Motion for Summary Judgment and judgment was in favor of Defendants, County of Los Angeles, Stephen Morris and Charles Stewart, M.D., on July 1, 2008 ;

　　　　Whereas the judgment also included awarding unspecified attorneys' fees and Costs, (See Exhibit "A")

　　　　Whereas this Court subsequently awarded attorney fees against the Plaintiff in the amount of $162,383.00 on August 18, 2008; (See Exhibit "B")

　　　　Whereas this Court also granted $6,912.86 in costs and $1,850.00 in discovery sanctions in addition to the attorneys' fees listed above; (See Exhibit "C")

1

1  Whereas Plaintiff Jayendra A. Shah, M.D., timely filed an appeal with respect to both the
2  Court's grant of summary judgment and the Court's grant of attorneys' fees;
3  Whereas on October 13, 2010, the Court of Appeal for the Ninth Circuit recently affirmed this
4  Court's judgment for both its grant of summary judgment as well as its grant of attorney fees;
5  Whereas Defendant seeks to collect all amounts owed by Plaintiff for purposes of debt
6  collection and have these amounts reflected in one judgment;
7  It appearing by reason of said rulings of this Court and the Court of Appeals for the Ninth
8  Circuit, Defendant County of Los Angeles is entitled to have judgment entered in its favor and have
9  judgment entered against Plaintiff Jayendra A. Shah, M.D., the total awards granted by the Court,
10 $171,145.86.

12 NOW THEREFORE IT IS ORDERED AND ADJUDGED AND DECREED that said Plaintiff,
13 Jayendra A. Shah, M.D., take nothing from said Defendant, County of Los Angeles and that
14 Defendant, County of Los Angeles is entitled to fees, costs and disbursements from Plaintiff in the
15 amount of $171,145.86.

17 IT IS SO ORDERED.

Dated: November 24, 2010

*Christina A. Snyder*
Christina A. Snyder
United States District Judge

PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Case No.: CV-06 7446 CAS (CWx)
[PROPOSED] JUDGMENT ON
AWARDED ATTORNEYS' FEES AND COSTS

h:\casnyder\civil\e-filings\cv06-7446judgment02.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETERSON & BRADFORD, LLP
100 North First Street, Suite 300
Burbank, California  91502
818.562.5800

3

Case No.:  CV-06 7446 CAS (CWx)
[PROPOSED] JUDGMENT ON
AWARDED ATTORNEYS' FEES AND COSTS

h:\casnyder\civil\e-filings\cv06-7446judgment02.wpd